# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

Nikie King,

          Plaintiff,

vs.

Criminals of visual motions,

          Defendant(s).

C/A No. 21 CV 786 JCC

*Pro Se* Party's Answers to Rule 26.01 Interrogatories

____ FILED
____ LODGED    MAIL
____ RECEIVED

JUN 09 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

Nikie King (561)5094177, 1860 N. Seacrest Blvd

(B) As to each claim, state whether it should be tried jury or non jury and why.

Non-jury. Constitution Tort

(C) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

Grievance. Aunty Died. Plaintiff is pregnant (6 mtos) during injury. Nikie has high blood pressure

(D) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide:
 (1) a short caption and the full case number of the related action;
 (2) an explanation of how the matters are related; and
 (3) a statement of the status of the related action.

Please disclose any cases which may be related regardless of whether they are still pending.

*Note:* Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

_____

_____

_____

(E) [*Pro Se* **Defendants** only.] If the defendant is improperly identified, give the proper identification and state whether the party(ies) submitting these responses will accept service of an amended summons and pleading reflecting the correct identification.

_____

_____

(F) [*Pro Se* **Defendants** only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed this* __2__ *day of* __JUNE__ , 20__21__.

TOMAS T. COLES-REYES
MY COMMISSION # GG 329905
EXPIRES: August 25, 2023
Bonded Thru Notary Public Underwriters

_____
*Signature of Party Responding*

CLOSED,JURYDEMAND

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:19-cv-01769-RSL
# Internal Use Only

King v. Juvenile Court Florida et al
Assigned to: Judge Robert S. Lasnik
Cause: 28:1331 Fed. Question: Review Agency Decision

Date Filed: 10/31/2019
Date Terminated: 12/04/2019
Jury Demand: Plaintiff
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: Federal Question

**Plaintiff**

**Nikie M King**   represented by **Nikie M King**
PO BOX 893
WEST PALM BEACH, FL 33402
PRO SE

V.

**Defendant**

**Juvenile Court Florida**
*JM Division*

**Defendant**

**Commission of the State of Florida**
*Judge James Martz/ Edward Artau*

**Defendant**

**United States District Court Southern District**
*Individual Employees*

**Defendant**

**Department of Children and Families**

# State of South Carolina
## County of Charleston
# CRIME VICTIM INFORMATION

*PLEASE PRINT ENTIRE FORM CLEARLY AND MAKE SURE BOTTOM COPY IS LEGIBLE (ONE FORM PER VICTIM)*

## DEFENDANT/JUVENILE INFORMATION

| CHECK (✓) COURT WHERE CHARGES WILL BE HEARD | [ ] General Sessions | [ ] Summary Court | [ ] Family Court |
|---|---|---|---|
| **ACCUSED'S LAST NAME:** | **ACCUSED'S FIRST NAME:** | | **MIDDLE INITIAL:** |
| **CHARGE(S)** | | | |
| **TICKET/ARREST WARRANT(S)#** | **DATE OF ARREST** | | **OCA#** |
| **ARRESTING OFFICER** | **BADGE NUMBER** | | **POLICE AGENCY** |

## VICTIM INFORMATION

| VICTIM'S LAST NAME | | VICTIM'S FIRST NAME | | |
|---|---|---|---|---|
| **STREET ADDRESS** | | **CITY/STATE** | | **ZIP CODE** |
| **MAILING ADDRESS IF DIFFERENT FROM ABOVE** | | **CITY/STATE** | | |
| **TELEPHONE NUMBERS OF VICTIMS** | **HOME** | **WORK** | **PAGER** | **MOBILE** |

**VICTIM NOTIFICATION IS ( ) REQUESTED OR ( ) DECLINED UPON DEFENDANT'S RELEASE FROM THE CHARLESTON COUNTY DETENTION CENTER.**

### ALTERNATE CONTACT INFORMATION OR IF VICTIM IS DECEASED, MENTALLY ILL OR A MINOR CHILD

| LAST NAME OF ALTERNATE CONTACT | | FIRST NAME | RELATIONSHIP | |
|---|---|---|---|---|
| **STREET ADDRESS** | | **CITY/STATE** | | **ZIP CODE** |
| **MAILING ADDRESS IF DIFFERENT FROM ABOVE** | | **CITY/STATE** | | **ZIP CODE** |
| **TELEPHONE NUMBERS OF ALTERNATE CONTACT** | **HOME** | **WORK** | **PAGER** | **MOBILE** |

### PERSON COMPLETING ABOVE INFORMATION

| NAME OF OFFICER | AGENCY | BADGE NUMBER |
|---|---|---|
| **SIGNATURE OF OFFICER** | | **DATE** |

### CERTIFICATION TO COURT (Completed by Arresting/Appearing Officer)

The victim/alternate contact was notified of the bond hearing to be held on
_____ at _____ by _____ .
(DATE)              (TIME)       (OFFICER)

[ ] Will be present for bond hearing
[ ] Will NOT be present for bond hearing
[ ] Unable to contact victim

Comments: _____

Signature of Officer: _____   Date: _____   Phone#: _____

If more than one victim - PAGE ____ OF ____

CCSO-147 6/13

WHITE - Family/Bond/Summary Court    YELLOW - Detention Center    PINK - Solicitor    GOLD - Law Enforcement Agency    GREEN - Victim



AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Nikie King
*Plaintiff*
v.
_____
*Defendant*

) 
) Civil Action No.
)
)

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within \_\_\_\_ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 06/02/2021

*Signature of the attorney or unrepresented party*

Nikie King
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Nikie King
*Plaintiff*
v.
_____
*Defendant*

) Civil Action No.
)
)
)

## WAIVER OF THE SERVICE OF SUMMONS

To: _____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 06/02/2021

_____
*Signature of the attorney or unrepresented party*

Nikie King
*Printed name*

_____
*Printed name of party waiving service of summons*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Nikie King <br> *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

*District Judge's signature*

*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

USPS PRIORITY MAIL EXPRESS

$26.35
R2304N118261-14
98101
1007
EJ 694 287 791 US

**FROM:** (PLEASE PRINT)
N. xxxx
P.O. Box 2673
WPB FL 33401
PHONE: 561-509-4177

**TO:** (PLEASE PRINT)
HON. JCC/DJS
U.S. District Court
700 Stewart Street
Seattle, Washington
PHONE: (206) 370-8400
ZIP+4: 98101

PO ZIP Code: 33462
Date Accepted: 6/7/21
Time Accepted: 1:18 PM
Scheduled Delivery Date: 6/8/21
Scheduled Delivery Time: 10:30 AM
Postage: $26.35
Total Postage & Fees: 26.35




PS10001000006
USPS.COM/PICKUP