THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKIE M KING, | CASE NO. C21-0786-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CRIMINAL OF VISUAL MOTIONS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff filed this case in June 2021 but did not pay the filing fee or submit an *in forma pauperis* application. (*See* Dkt. Nos. 1–2.) Plaintiff also failed to do either by the July 12, 2021 deadline previously provided. (*See generally* Dkt. Nos. 2–5.) Accordingly the Clerk is DIRECTED to close this case.

DATED this 13th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-0786-JCC
PAGE - 1